# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| THE TOWNSHIP OF SALEM, A MUNICIPAL CORPORATION, | : | No. 271 WAL 2016 |
| | : | |
| Petitioner | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Commonwealth |
| | : | Court |
| v. | : | |
| | : | |
| | : | |
| MILLER PENN DEVELOPMENT, LLC, A | : | |
| PENNSYLVANIA LIMITED LIABILITY | : | |
| COMPANY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of November, 2016, the Cross Petition for Allowance of Appeal is **DENIED**.